```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

WILMINGTON TRUST NATIONAL
ASSOCIATION,

                **Plaintiff,**

    - against -

WINTA ASSET MANAGEMENT LLC et al.,

                **Defendants.**

―――――――――――――――――――――――――――――

                        20cv5309 (JGK)

                        <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The plaintiff has moved for the appointment of a Receiver for certain property including a building. The plaintiff has failed to explain why the appointment of a Receiver would be appropriate at this point before the Complaint is served on the defendants and why the relief should be granted ex parte, particularly in view of the fact that the building itself is not at risk of disappearing. If the plaintiff seeks the immediate appointment of a Receiver, the plaintiff should submit supplemental papers explaining the appropriateness of such relief at this time without notice to the defendants and before the Complaint has been served. If no further papers are submitted, decision on the motion will await service of notice of the motion on the defendants, and an opportunity for the defendants to respond to the motion.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 30, 2020**              _____/s/ John G. Koeltl_____
                                                                    John G. Koeltl
                                              **United States District Judge**