UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-NXS2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-NXS2, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of July 1, 2015<br><br>        Plaintiff,<br><br>        -v-<br><br>WINTA ASSET MANAGEMENT LLC and SHUIGUN CHEN,<br><br>        Defendants. | Case No. 1:20-cv-05309-JGK<br><br>**STIPULATION** |

WHEREAS, on July 10, 2020, Plaintiff filed a Complaint (ECF Doc. No. 1) against Defendants Winta Asset Management LLC ("Winta") and Shuigun Chen ("Chen"; together with Winta, the "Defendants") in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties in the above-captioned action, as follows:

1. Morrison Cohen LLP, counsel for Defendants, is authorized to and hereby accepts service of the Complaint on behalf of Defendants;

2. Defendants consent to the personal jurisdiction of the Court in the above-captioned action;

3. The time for Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including October 23, 2020; and

4.  This stipulation may be executed in counterparts. A facsimile or electronic signature shall

be deemed an original.

Dated: New York, New York
       September 4, 2020

THOMPSON & KNIGHT LLP

By: _____
       Keith M. Brandofino
       David V. Mignardi

900 Third Avenue, 20th Floor
New York, New York 10022
(212) 751-3001

*Attorneys for Plaintiff*

MORRISON COHEN LLP

By: _____
       Y. David Scharf
       Latisha V. Thompson
       Daniel C. Isaacs
       Anna Sun

909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Defendants*

2