**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**WILMINGTON TRUST, NATIONAL ASSOCIATION,**

               **Plaintiff,**

    - against -

**WINTA ASSET MANAGEMENT LLC ET AL.,**

               **Defendants.**
────────────────────────────────────

20-cv-05309 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

At the conference held on **September 9th, 2020,** the parties were encouraged to pursue an agreement on the issue of appointment of a receiver. The parties should report to the Court if they have come to an agreement by **Wednesday, September 16, 2020,** and what that agreement is. If the parties have not reached an agreement, the plaintiff should submit its proposal, if any, for the appointment of a receiver by that date. The defendants should submit their response by **Friday, September 18, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **September 10, 2020**

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                                **United States District Judge**