**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**WILMINGTON TRUST, NATIONAL ASSOCIATION,**

           Plaintiff,

- against -

**WINTA ASSET MANAGEMENT LLC ET AL.,**

           Defendants.

---

20-cv-5309 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are ordered to file a Rule 26(f) report by **December 18, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **December 7, 2020**

                                         /s/ John G. Koeltl
                                         **John G. Koeltl**
                                **United States District Judge**