```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**WILMINGTON TRUST, NATIONAL ASSOCIATION,**

              **Plaintiff,**

    - against -

**WINTA ASSET MANAGEMENT LLC ET AL.,**

              **Defendants.**

―――――――――――――――――――――――――――――

20-cv-5309 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint on or after **February 1, 2021**. The defendants may move or answer by **February 16, 2021**. If the defendants moves, the plaintiff may respond by **March 2, 2021,** and the defendants may reply by **March 12, 202**1. The Rule 26(f) report is due on **February 19, 2021**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **January 14, 2021**              /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                      **United States District Judge**