UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL ASSOCIATION,

        Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC ET AL.,

        Defendants.

20-cv-5309 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

The parties are directed to submit a paper courtesy copy of the motion to dismiss to Chambers.

SO ORDERED.

Dated:   New York, New York
        June 4, 2021

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                            **United States District Judge**