UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-NXS2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-NXS2, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of July 1, 2015,<br><br>                               Plaintiff,<br><br>v.<br><br>WINTA ASSET MANAGEMENT LLC; NEW YORK CITY DEPARTMENT OF FINANCE; and SHUIGUN CHEN,<br><br>                               Defendants. | Civil Action File No.<br>20-cv-05309-JGK |

## DEFAULT

IT appearing that defendant NEW YORK CITY DEPARTMENT OF FINANCE (the "Defaulted Defendant") was served on February 16, 2021, requiring it to answer or otherwise respond to the First Amended Complaint filed on February 1, 2021 (the "FAC") on or before March 9, 2021, and the Defaulted Defendant having failed to answer the FAC, and the time for answering the FAC having expired, and it appearing that the Defaulted Defendant has failed to plead or otherwise defend in this proceeding as required by law,

THEREFORE, DEFAULT is hereby entered against defendant NEW YORK CITY DEPARTMENT OF FINANCE as authorized by Fed. R. Civ. P. 55(a) for failing to appear, plead, or otherwise defend in this action.

Dated: October __, 2021

                                                      _____
                                                                   , Clerk of the Court
                                                     UNITED STATES DISTRICT COURT
                                                     SOUTHERN DISTRICT OF NEW YORK