UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE, etc., <br><br>         Plaintiff, <br><br>  v. <br><br>WINTA ASSET MANAGEMENT LLC; NEW YORK CITY DEPARTMENT OF FINANCE; and SHUIGUN CHEN, <br><br>         Defendants. | 20 Civ. 05309 (JGK) <br><br> **CLERK'S CERTIFICATE OF DEFAULT** |

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 10, 2020 with the filing of a summons and complaint naming Winta Asset Management LLC and Shuigun Chen as defendants, that New York City Department of Finance was added as a defendant to this action on February 1, 2021, with the filing of the First Amended Complaint, a copy of summons and First Amended Complaint was served on New York City Department of Finance by personally serving Lemar Reid, Clerk, an agent authorized to accept service on behalf of New York City Department of Finance, *and that proof of service of the summons and First Amended Complaint upon New York City Department of Finance was therefore filed on February 24, 2021, Doc. # 66.* I further certify that the docket entries indicate that New York City Department of Finance has not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of the defendant New York City Department of Finance is hereby noted.

Dated: New York, New York
   October  13 , 2021

                     **RUBY J. KRAJICK**
                     **Clerk of the Court**

              **By:** *K. Mango*
                      **Deputy Clerk**

#151278564_v4 527548.00006