UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-NXS2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-NXS2, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of July 1, 2015,<br><br>                      Plaintiff,<br>v.<br><br>WINTA ASSET MANAGEMENT LLC; NEW YORK CITY DEPARTMENT OF FINANCE; and SHUIGUN CHEN,<br><br>                      Defendants. | Civil Action File No.<br>20-cv-05309-JGK<br><br>**[PROPOSED] <u>ORDER GRANTING MORRISON COHEN LLP'S MOTION TO WITHDRAW AS COUNSEL</u>** |

WHEREAS, upon consideration of the motion of Morrison Cohen LLP to withdraw as counsel of record for Defendants Winta Asset Management LLC ("Winta") and Shuigun Chen ("Chen") in the above-captioned case pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York; and due and proper notice of the Motion having been provided to Winta and Chen via email to their representative Caihong (Sara) Chen at BOBO_chencaihong@hotmail.com and via FedEx Overnight Delivery to 70 Broad Street, New York, NY 10004; and it appearing that no other or further notice need be provided; and the Court having found and determined that satisfactory reasons have been shown to justify the relief sought in the Motion;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is granted, and Morrison Cohen LLP's withdrawal as counsel of record to Winta Asset Management LLC and Shuigun Chen in this action is hereby authorized; and

2. The withdrawal of Morrison Cohen LLP, including its attorneys Latisha V. Thompson, Y. David Scharf, and Daniel C. Isaacs, as counsel of record for Winta Asset Management LLC and Shuigun Chen shall be effective as of the entry of this Order on the docket.

Dated: New York, New York
      October __, 2021

SO ORDERED:

_____
The Honorable John G. Koeltl
United States District Judge