UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF WELLS FARGO
COMMERCIAL MORTGAGE TRUST 2015-NXS2,
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2015-NXS2,
acting by and through Rialto Capital
Advisors, LLC, as Special Servicer
under the Pooling and Servicing
Agreement dated as of July 1, 2015,

     Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

     Defendants.

20-cv-5309 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  Counsel for the plaintiff should submit one set of paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment and other relief.

SO ORDERED.

Dated: New York, New York
    March 18, 2022

               /s/ John G. Koeltl
               John G. Koeltl
             United States District Judge