```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-NXS2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-NXS2, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of July 1, 2015, | 20-cv-5309 (JGK)<br><br>ORDER |
| Plaintiff, | |
| - against - | |
| WINTA ASSET MANAGEMENT LLC, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The Temporary Receiver may serve the motion filed at ECF No. 125, or a substantially similar motion, on the purported tenants of 70 Broad Street, New York, NY, 10004. The Temporary Receiver should serve the motion by April 18, 2022, and file proof of service on the docket. The Temporary Receiver should also file the motion, as served, on the docket. Any responses should be filed within fourteen days of service of the motion. Any reply is due ten days thereafter.

The Temporary Receiver should serve a copy of this Order with the motion.

**SO ORDERED.**

Dated:   New York, New York
         April 8, 2022

                                    _____
                                         John G. Koeltl
                                    **United States District Judge**

2