UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE              20-cv-5309 (JGK)
REGISTERED HOLDERS OF WELLS FARGO
COMMERCIAL MORTGAGE TRUST 2015-NXS2,         MEMORANDUM OPINION
COMMERCIAL MORTGAGE PASS-THROUGH                AND ORDER
CERTIFICATES, SERIES 2015-NXS2,
acting by and through Rialto Capital
Advisors, LLC, as Special Servicer
under the Pooling and Servicing
Agreement dated as of July 1, 2015,

                        Plaintiff,

        - against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                        Defendants.

——————————————————————————

JOHN G. KOELTL, District Judge:

    The Temporary Receiver, Ian V. Lagowitz, has moved for an

order declaring that no tenancy or occupancy exists at 70 Broad

Street, New York, NY 10004 ("the Property"). The Court initially

granted the Temporary Receiver leave to serve this motion on the

purported tenants of the Property. ECF No. 128. The Court also set

a briefing schedule for the motion. The Temporary Receiver served

a copy of the motion on the purported tenants, filed proof of

service on the docket, and filed a copy of the motion, as served,

on the docket. ECF Nos. 129-131. No oppositions were filed and the

time for oppositions has passed.

    In any event, the Court has reviewed the motion and concludes

that there is ample basis for granting it. The Temporary Receiver

has demonstrated that the Property is currently free of occupants

and is not subdivided into separate units. Accordingly, the

Temporary Receiver's motion is **granted**. The Clerk is directed to

close Docket Nos. 125 and 129. The Temporary Receiver should

submit a proposed order by May 13, 2022.

**SO ORDERED.**

Dated:      **New York, New York**
            **May 6, 2022**

                                          _____
                                                John G. Koeltl
                                          United States District Judge