UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF WELLS FARGO
COMMERCIAL MORTGAGE TRUST 2015-NXS2,
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2015-NXS2,
acting by and through Rialto Capital
Advisors, LLC, as Special Servicer
under the Pooling and Servicing
Agreement dated as of July 1, 2015,

            Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

           Defendants.

20-cv-5309 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, on July 1, 2022, at 11:00 a.m. for oral argument regarding the pending motion for summary judgment and other relief. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
         June 23, 2022

                                         John G. Koeltl
                                  United States District Judge