UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF WELLS FARGO
COMMERCIAL MORTGAGE TRUST 2015-NXS2,
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2015-NXS2,
acting by and through Rialto Capital
Advisors, LLC, as Special Servicer
under the Pooling and Servicing
Agreement dated as of July 1, 2015,

          Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

          Defendants.

20-cv-5309 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to submit a proposed order to show cause for a default judgment against the New York City Department of Finance is extended to August 11, 2022. By that date, the plaintiff should also advise the Court (1) whether it intends to file another motion for summary judgment on counts II and IV of the First Amended Complaint, and (2) whether it intends to seek a judgment of foreclosure before all claims are decided pursuant to Federal Rule of Civil Procedure 54(b).

SO ORDERED.

Dated:    New York, New York
            July 28, 2022

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge