UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION,

        Plaintiff,        20-cv-5309 (JGK)

  - against -        ORDER

WINTA ASSET MANAGEMENT LLC, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the teleconference held today, the pending motion to disallow or reduce the plaintiff's asserted default interest, ECF No. 141, is withdrawn without prejudice.

**SO ORDERED.**

Dated:    New York, New York
           January 27, 2023

                                    John G. Koeltl
                             United States District Judge