```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-NXS2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFIES, SERIES 2015-NXS2, | 20-cv-5309 (JGK) <br><br> ORDER |
| Plaintiff, | |
| - against - | |
| WINTA ASSET MANAGEMENT LLC, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The plaintiff is directed to submit courtesy copies of all papers filed in connection with the plaintiff's motion for final judgment of foreclosure. ECF No. 147.

SO ORDERED.

Dated:   New York, New York
         March 18, 2023

                                    _____
                                        John G. Koeltl
                                 United States District Judge