UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION,

        Plaintiff,        20-cv-5309 (JGK)

  - against -        ORDER

WINTA ASSET MANAGEMENT LLC, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to submit courtesy copies of all papers filed in connection with the pending Order to Show Cause for a Pre-Judgment Order of Attachment and Ex Parte Temporary Restraining Order.

SO ORDERED.

Dated:    New York, New York
          May 23, 2023

                                John G. Koeltl
                         United States District Judge