```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WILMINGTON TRUST, NATIONAL ASSOCIATION,

        Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

        Defendants.

20-cv-5309 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated in the conference held today, the temporary restraining order is **extended** until **June 6, 2023**. The plaintiff may file an additional submission with respect to the Section 6201(1) issue by **May 30, 2023**. The defendants may respond by **June 1, 2023**.

The next conference is scheduled for **June 6, 2023** at **2:30 p.m.** in Courtroom 14A, 500 Pearl Street.

SO ORDERED.

Dated:    New York, New York
           May 25, 2023

                                      John G. Koeltl
                             United States District Judge