UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILMINGTON TRUST, NATIONAL
ASSOCIATION,

                               Plaintiff,

            -against-

WINTA ASSET MANAGEMENT LLC, et al.,

                            Defendants.
-----------------------------------------------------------------X

20-CV-5309 (JGK) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to provide courtesy copies to Chambers for ECF Nos. 149, 152, and 153. The courtesy copies should be directed to:

    Chambers of the Hon. Valerie Figueredo
    U.S. District Court for the Southern District of New York
    500 Pearl Street, 16th Floor
    New York, NY 10007

    **SO ORDERED.**

DATED:    New York, New York
                 May 30, 2023

                                                                              _____
                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge