UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION,

                Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                Defendants.

---

20-cv-5309 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated in the conference held yesterday, the plaintiff's motion for order of pre-judgment attachment on the Great Neck Property and the Little West Penthouse is **granted**. The plaintiff's motion for a preliminary injunction is also **granted**, and the Guarantor is enjoined from transferring, encumbering, dissipating, or taking any other action concerning the Guarantor's personal assets which may frustrate the plaintiff's right to recover any deficiency amount from the Guarantor. The plaintiff should submit a proposed Order by **June 13, 2023**. The defendants may submit a response by **June 15, 2023**.

SO ORDERED.

Dated:    New York, New York
            June 7, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                     United States District Judge