

**1111 Third Avenue**  
**Suite 3000**  
**Seattle, WA 98101**

Main: 206.447.4400  
Fax: 206.447.9700  
foster.com

> **SO ORDERED**
>
> /s/ Valerie Figueredo
>
> VALERIE FIGUEREDO  
> United States Magistrate Judge
>
> Dated: 7-28-2023
>
> The conference scheduled for August 8, 2023 is hereby rescheduled for **August 7, 2023 at 4:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial **(888) 808-6929; access code 9781335.** The Clerk of Court is directed to terminate the motion at ECF No. 201.

**VIA ECF**

Hon. Valerie Figueredo  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York

    Re:    Wilmington Trust, National Association v. Winta Asset Management LLC et al, 20-cv-05309 (JGK)(VF)

Dear Judge Figueredo:

    This firm represents Defendant Winta Asset Management LLC in connection with the above-referenced matter. Your Honor issued an order rescheduling the hearing on the pending motion for judgment of foreclosure to August 8, 2023 at 3:00 P.M. (ET) (ECF# 200). My co-counsel Maurice Heller and I previously decided that I would take the lead with respect to this hearing. Unfortunately, I will be traveling on August 8 and will have no access to phone service.

    I have conferred with counsel for Plaintiff and counsel for the Guarantor Defendant, and we are all available on Monday (August 7), Wednesday (August 9), Thursday (August 10), and Friday (August 11, but only after 2:00 P.M. (ET)). To the extent Your Honor can accommodate one of those dates/times, it would be very much appreciated. If Your Honor is unable to accommodate a schedule change, I will confer with Mr. Heller and we will prepare for a hearing on August 8.

    Respectfully submitted,

    FOSTER GARVEY PC

    Dan Youngblut

cc:    All Counsel - Via ECF