UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL ASSOCIATION,

           Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

           Defendants.

20-cv-5309 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument with respect to the motion for reconsideration on **October 4, 2023**, at **12:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          September 26, 2023

                                            John G. Koeltl
                                       United States District Judge