UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION,

                Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                Defendants.

20-cv-5309 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record today, the defendants' motion for reconsideration and reargument and to alter the Order of Attachment and Preliminary Injunction is **denied.** The Clerk is directed to close ECF Nos. 203, 204, and 205.

SO ORDERED.

Dated:    New York, New York
            October 4, 2023

                                            John G. Koeltl
                                       United States District Judge