UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, | 20-cv-5309 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| WINTA ASSET MANAGEMENT LLC, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

Foster Garvey P.C. has moved to withdraw as counsel for defendant Winta Asset Management LLC, having previously withdrawn as counsel for defendant Shuigun Chen. Defendant Winta should submit any response to the motion by **October 27, 2023**. Wilmington Trust may also submit any response by that date. If no response is filed, the motion may be granted by default. If a response is filed, Foster Garvey may reply by **November 3, 2023**. Foster Garvey shall serve a copy of this Order on Winta by **October 18, 2023**, and file proof of service by **October 20, 2023**.

SO ORDERED.

Dated:   New York, New York
         October 16, 2023

                                   /s/ John G. Koeltl
                                   _____
                                   John G. Koeltl
                                   United States District Judge