```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, | 20-cv-5309 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| WINTA ASSET MANAGEMENT LLC, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The defendant Shuigun Chen may respond to the motion by counsel to withdraw from representation by **May 10, 2024**. Counsel may reply by **May 14, 2024**. Counsel should serve a copy of the application and this Order on Shuigun Chen and file proof of service on the docket by **May 2, 2024**.

SO ORDERED.

Dated:   New York, New York
         April 29, 2024

　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge