UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION,

           Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

           Defendants.

---

20-cv-5309 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the defendant Shuigun Chen to respond to the motion to withdraw is extended to **May 20, 2024**, and the time for counsel to reply is extended to **June 3, 2024**.

    Defendant Shuigun Chen reminded that if there is no opposition, the application may be granted without opposition. In that event, the defendant will be required to notify the Court of the new counsel or that the defendant is proceeding pro se.

SO ORDERED.

Dated:    New York, New York
           May 13, 2024

                                          John G. Koeltl
                                  United States District Judge