UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION,

        Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

        Defendants.

20-cv-5309 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

On May 27, 2024, the Court granted a motion to withdraw as attorney and ordered Defendant Shuigun Chen to appear by new counsel or notify the Court that the defendant is proceeding pro se by June 17, 2024. To date, the defendant has not responded. The time to respond is extended to **July 10, 2024**.

If the defendant fails to appear by new counsel or appear pro se by that date, the plaintiff may move by order to show cause for a default judgment.

**SO ORDERED.**

Dated:    New York, New York
            June 27, 2024

                                    John G. Koeltl
                            United States District Judge