UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION,

                Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                Defendants.

20-cv-5309 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to amend the first amended complaint (ECF No. 270).

SO ORDERED.

Dated:    New York, New York
           March 17, 2025

                                      John G. Koeltl
                               United States District Judge