```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF WELLS FARGO
COMMERCIAL MORTGAGE TRUST 2015-NXS2,
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2015-NXS2,
acting by and through Rialto Capital         20-cv-5309 (JGK)
Advisors, LLC, as Special Servicer
under the Pooling and Servicing              ORDER
Agreement dated as of July 1, 2015,

                    Plaintiff,

          - against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                    Defendants.
--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument in connection with the plaintiff's motion to amend on **Wednesday, April 30, 2025, at 2:30 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   New York, New York
         April 23, 2025

                                        /s/ John G. Koeltl
                                        _____
                                        John G. Koeltl
                                        United States District Judge