UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF WELLS FARGO
COMMERCIAL MORTGAGE TRUST 2015-NXS2,
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2015-NXS2,
acting by and through Rialto Capital        20-cv-5309 (JGK)
Advisors, LLC, as Special Servicer
under the Pooling and Servicing             ORDER
Agreement dated as of July 1, 2015,

                Plaintiff,

      - against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The oral argument scheduled for Wednesday, April 30, 2025, is **adjourned** to **Monday, May 12, 2025, at 2:30 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
           April 23, 2025

                                                  _____
                                                  John G. Koeltl
                                       United States District Judge