UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION,

        Plaintiff,

- against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

        Defendants.

20-cv-5309 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Under Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant 70 Broad Street LLC to answer the amended complaint was July 14, 2025. The plaintiff docketed its affidavit of service on 70 Broad Street on September 4, 2025. To date, 70 Broad Street has not filed an answer or response.

The time for the defendant to answer or respond to the amended complaint is extended to **October 31, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
            September 9, 2025

                                                 John G. Koeltl
                                      United States District Judge