UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION,

                        Plaintiff,

            - against -

WINTA ASSET MANAGEMENT, ET AL.,

                        Defendants.

---

20-cv-5309 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On September 9, 2025, the Court extended the time for the defendant 70 Broad Street LLC to answer or respond to the amended complaint until October 31, 2025. To date, no answer has been filed.

The time for 70 Broad Street to respond to the amended complaint is extended to **November 17, 2025**. If 70 Broad Street fails to respond to the complaint by that date, the plaintiff may move by order to show cause for a default judgment by **December 1, 2025**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:     New York, New York
           November 2, 2025

                                        John G. Koeltl
                                United States District Judge