```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

WILMINGTON TRUST, NATIONAL ASSOCIATION,

          Plaintiff,

- against -

WINTA ASSET MANAGEMENT, ET AL.,

          Defendants.

20-cv-5309 (JGK)

ORDER

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by December 2, 2025.

SO ORDERED.

Dated:    New York, New York
           November 18, 2025

                                      _____
                                         John G. Koeltl
                                 United States District Judge