UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WILMINGTON TRUST, NATIONAL
ASSOCIATION,

                                             20-CV-5309 (JGK) (VF)

               Plaintiff,                      **ORDER**

      -against-

WINTA ASSET MANAGEMENT LLC, et al.,

              Defendants.
----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the settlement conference on February 25, 2026, the parties requested a schedule for dispositive motions. Based on the discovery schedule entered by Judge Koeltl on December 8, 2025, fact discovery closes 100 days after the commencement of discovery, which is March 12, 2026. ECF No. 312 at 8. The deadline to file contemplated dispositive motions is 120 days after the commencement of discovery, which is April 1, 2026. Id.

    **SO ORDERED.**

DATED:    New York, New York
            March 2, 2026

                        VALERIE FIGUEREDO
                        United States Magistrate Judge