UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

WILMINGTON TRUST, NATIONAL
ASSOCIATION,                                               20-cv-5309 (JGK)

                    Plaintiff,                        ORDER

      - against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                Defendants.

———————————————————————

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for a conference in connection with the plaintiff's anticipated motion for summary judgment on **Tuesday, April 14, 2026, at 2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
         March 30, 2026

                                 John G. Koeltl
                      United States District Judge