UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, N.A.,

                Plaintiff,

    - against -

WINTA ASSET MANAGEMENT LLC, ET AL.,

                Defendants.

---

20-cv-5309 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The telephone conference scheduled for April 14, 2026, is adjourned to **Tuesday, April 21, 2026, at 4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          April 13, 2026

                    John G. Koeltl
             United States District Judge