**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-NXS2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-NXS2, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of July 1, 2015,**

**Plaintiff,**

**- against -**

**WINTA ASSET MANAGEMENT LLC; NEW YORK CITY DEPARTMENT OF FINANCE; SHUIGUN CHEN; 70 BROAD LLC; CAIHONG CHEN; CAIYUN CHEN' MINGSEN CHEN; GUI XIN HONG; LIU TIEMIN; WANG YAN; and HAIFENG CHEN,**

**Defendants.**

---

**20-cv-5309 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The plaintiff has filed a motion for termination of the receivership and other relief on August 14, 2026. ECF No. 338. Any response to the motion should be filed by **September 2, 2026**. Any reply should be filed by **September 11, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**August 19, 2026**

**/s/ John G. Koeltl, U.S.D.J.**
**John G. Koeltl**
**United States District Judge**