UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2015-NXS2, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2015-NXS2, acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of July 1, 2015,<br><br>Plaintiff,<br><br>v.<br><br>WINTA ASSET MANAGEMENT LLC; NEW YORK CITY DEPARTMENT OF FINANCE; SHUIGUN CHEN; 70 BROAD LLC; CAIHONG CHEN; CAIYUN CHEN; MINGSEN CHEN; GUI XIN HONG; LIU TIEMIN; WANG YAN; and HAIFENG CHEN,<br><br>Defendants. | Civil Action File No. 20-cv-05309-JGK<br><br>**[~~PROPOSED~~] ORDER TERMINATING RECEIVERSHIP AND GRANTING OTHER RELIEF** |

**WHEREAS**, plaintiff Wilmington Trust, National Association, as Trustee for the Registered Holders of Wells Fargo Commercial Mortgage Trust 2015-NXS2, Commercial Mortgage Pass-Through Certificates, Series 2015-NXS2 ("Plaintiff"), acting by and through Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of July 1, 2015, commenced this action on July 10, 2020 seeking, *inter alia*, to foreclose a certain mortgage encumbering certain real property and improvements located at 70 Broad Street, New York, New York 10004 (the "Property") and owned by defendant Winta Asset Management LLC ("Borrower"); and

**WHEREAS**, by that certain Order Appointing Receiver entered on September 28, 2020 (ECF No. 42, the "Receivership Order"), the Court appointed Ian V. Lagowitz (the "Receiver") of IVL Group, LLC, as the temporary Receiver of the Property; and

**WHEREAS**, in furtherance of his appointment under the Receivership Order, the Receiver filed that certain Oath of Receiver sworn to on October 2, 2020 (ECF No. 43), and a bond executed by the Receiver and SureTec Insurance Company, to the United States of America in the sum of $50,000.00 bearing Bond No. 510375 on October 5, 2020 (ECF No. 43-1, the "Bond"); and

**WHEREAS**, by application so-ordered on September 14, 2021 (ECF No. 85, the "Secondary Appointment Order"), this Court granted the Receiver's request for the retainment of Zeichner Ellman & Krause LLP, as counsel, in accordance with the Receivership Order; and

**WHEREAS**, on May 17, 2024, Borrower filed a voluntary bankruptcy petition 24-10848-mew in the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court"), resulting in the pending case *In re Winta Asset Management LLC*, Chapter 11, Case No. 24-10848 (MEW) in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

**WHEREAS**, on February 20, 2025, the Bankruptcy Court entered an Order Approving Sale of Property Pursuant to Confirmed Second Amended Plan of Liquidation, authorizing the sale of the Property free and clear of all liens, claims, and/or encumbrances; and

**WHEREAS**, by that certain Deed by Debtor in Possession, dated March 14, 2025 and recorded on March 20, 2025 with the Office of the City Register of the City of New York as City Register File Number 2025000076890, Borrower transferred all of its right, title and interest in and to the Property to Plaintiff's assignee.

**NOW** and upon application of Plaintiff for an Order, pursuant to 28 U.S.C. § 3103(g)(1) and (3) and Paragraph 19 of the Order Appointing Receiver, dated September 28, 2020: (a) decreeing that the Receiver be discharged, removed, or otherwise relieved from the Receivership Order; (b) decreeing that the Receiver's secondary appointments under the Receivership Order be discharged, removed, or otherwise relieved from the Receivership Order; (c) instructing the



#543223941_v1 527548.00006

Receiver to file a final report to the Court concerning the operations of Borrower's Assets (as defined in the Receivership Order) (the "Final Accounting"), and the parties to file their objections, if any, to said Final Accounting within fifteen (15) days thereafter, pursuant to Paragraph 19 of the Receivership Order; and (d) granting such other and further relief as this Court deems just and proper (the "Motion") and upon review of the Motion, and ~~any opposition thereto~~ no opposition filed, and for good cause shown, it is:

**IT IS** on this 11 day of September, 2026.

**ORDERED**, that the Motion is hereby granted in its entirety; and it is further

**ORDERED**, that the Receiver is hereby relieved and released of all obligations under the Receivership Order with respect to the management, operation and control of the Property and the Receiver's Bond is hereby discharged; and it is further

**ORDERED**, that the Receiver's secondary appointments under the Receivership Order, including without limitation, the Receiver's counsel, Zeichner Ellman & Krause LLP, are hereby relieved and released of all obligations under the Receivership Order; and it is further

**ORDERED**, that the Receiver shall, to the extent not already done so, immediately turnover possession, management and control of the Property, including all funds, security deposits, books, and records, if any, in its possession to Plaintiff, or its designee, and take all appropriate action to wind-down the receivership and to terminate (or transition) any services that were to be provided to the receivership on an ongoing basis; and it is further

**ORDERED**, that the Receiver shall issue his Final Accounting within 30 days of the date of entry of this Order, upon which time the parties may file their objections, if any, to said Final Accounting within fifteen (15) days thereafter, pursuant to Paragraph 19 of the Receivership Order; and it is further

**ORDERED**, that the Receiver shall have the right and be entitled to take all appropriate action to wind-down the receivership and to termination (or transition) any services that were to be provided to the receivership on an ongoing basis.

**SO ORDERED** this 11 day of September 2026.

HON. JOHN G. KOELTL, U.S.D.J.

The Clerk is requested to close ECF No. 338.

So ordered.

9/11/26

U.S.D.J.



#543223941_v1 527548.00006